FILED BY _____ D.C.

FEB 20 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **20-20099-CR-ALTONAGA/GOODMAN**

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(1)(B)(i)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

RASHEED OLAWALE OLADELE,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

#### Definitions

1. The term "romance scam" referred to a form of Internet scam in which fraudsters used stolen personal identification information including, but not limited to, names, dates of birth, and photographs to create online dating profiles on websites including Ourtime.com, Match.com, and others. Through these fabricated online personas, the fraudsters initiated relationships with men and women by utilizing social engineering tactics, chatting scripts, and conversing over email and by phone, eventually gaining the trust of their targets and telling them that they were truly in love. Using false and fraudulent pretenses, the fraudsters then convinced the romance scam victims to engage in financial transactions, including, *inter alia*, sending domestic and international wires of funds.

### The Defendant and Related Entities

2. Defendant **RASHEED OLAWALE OLADELE** was a resident of Miami-Dade County, Florida.

3. Raslim International, Inc. was incorporated in the State of Florida on August 19, 2013. **RASHEED OLAWALE OLADELE** was listed as the registered agent, incorporator, and initial officer/director. Its principal address was listed as 21409 NW 13th Court, Miami Gardens, Florida 33169.

4. Bank of America account ending in 4553 ("BOA 4553") was a business bank account held by Raslim International, Inc. **RASHEED OLAWALE OLADELE** was the sole signatory over BOA 4553.

5. Bank of America account ending in 9783 ("BOA 9783") was a bank account held by Raslim International Inc. **RASHEED OLAWALE OLADELE** was the sole signatory over BOA 9783.

6. Wells Fargo Bank account ending in 0210 ("Wells 0210") was a bank account held by Raslim International, Inc. **RASHEED OLAWALE OLADELE** was the sole signatory over Wells 0210.

7. BB&T Bank account ending in 6543 ("BB&T 6543") was a bank account held by Raslim International, Inc. **RASHEED OLAWALE OLADELE** was the sole signatory over BB&T 6543.

### COUNT 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

1. The General Allegations section of this Indictment is hereby re-alleged and incorporated by reference as though fully set forth herein.

2

2. From in or around August 2014, and continuing through in or around July 2017, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RASHEED OLAWALE OLADELE,**

did willfully, that is, with the intent to further the object of the conspiracy, and knowingly combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly conduct a financial transaction affecting interstate commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that such transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves and others, and to conceal illegal proceeds obtained through romance fraud schemes, by, among other things, transferring fraudulently-obtained funds between bank accounts in the United States, and between bank accounts in the United States and bank accounts in foreign countries.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and her co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4.  Co-conspirators used false and fraudulent online identities ("FakeIDs") to contact individual victims throughout the United States using online dating websites such as OurTime.com, Match.com, and others.

5.  Co-conspirators, using FakeIDs, posed as individuals seeking online romantic relationships.

6.  Co-conspirators targeted individual victims and sought to create false and fraudulent trust with the individual victims through frequent online interaction.

7.  The co-conspirators then used email, phone calls, and text messages using interstate and foreign wires to induce the individual victims to send money to specifically designated bank accounts, based on bogus stories designed to manipulate the victims into believing that the FakeIDs needed money for various predicaments related to personal matters, purported businesses, and investments, among other things.

8.  Defendant **RASHEED OLAWALE OLADELE** established bank accounts for Raslim International Inc., at several banks, including Bank of America, BB&T, and Wells Fargo.

9.  Co-conspirators directed various individual victims to wire money to bank accounts established by Raslim International Inc.

10. **RASHEED OLAWALE OLADELE** and his co-conspirators would then wire the victim funds between multiple bank accounts controlled by members of the conspiracy in order to conceal the nature and whereabouts of the stolen victim funds.

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-30
### Money Laundering
### (18 U.S.C. § 1956(a)(1)(B)(i))

On or about the dates specified below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**RASHEED OLAWALE OLADELE,**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which financial transaction involved the proceeds of specified unlawful activity, knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, and knowing that the transaction was designed, in whole and in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, as set forth below:

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 2 | March 5, 2015 | Wire transfer of approximately $30,000 from Wells 0210 to a Chevron Bank account ending in 5975 |
| 3 | March 11, 2015 | Wire transfer of approximately $25,000 from Wells 0210 to a Chevron Bank account ending in 5975 |
| 4 | March 13, 2015 | Wire transfer of approximately $47,000 from Wells 0210 to a Chevron Bank account ending in 5975 |
| 5 | April 1, 2015 | Wire transfer of approximately $200,000 from BOA 4553 to BOA 9783 |
| 6 | April 1, 2015 | Wire transfer of approximately $40,000 from BOA 4553 to BOA 9783 |
| 7 | April 9, 2015 | Wire transfer of approximately $100,000 from BOA 9783 to a Chevron Bank account ending in 5975 |
| 8 | April 10, 2015 | Wire transfer of approximately $120,000 from BOA 4553 to BOA 9783 |
| 9 | April 10, 2015 | Wire transfer of approximately $100,000 from BOA 9783 to a Chevron Bank account ending in 5975 |

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 10 | April 13, 2015 | Wire transfer of approximately $97,000 from Wells 0210 to a Chevron Bank account ending in 5975 |
| 11 | April 20, 2015 | Wire transfer of approximately $16,000 from BOA 4553 to BOA 9783 |
| 12 | April 22, 2015 | Wire transfer of approximately $200,000 from BOA 4553 to BOA 9783 |
| 13 | April 22, 2015 | Wire transfer of approximately $45,000 from BOA 4553 to BOA 9783 |
| 14 | April 23, 2015 | Wire transfer of approximately $12,000 from BOA 4553 to BOA 9783 |
| 15 | April 23, 2015 | Wire transfer of approximately $20,000 from BOA 9783 to a Chevron account ending in 3042 |
| 16 | May 6, 2015 | Wire transfer of approximately $55,000 from BOA 4553 to BOA 9783 |
| 17 | May 6, 2015 | Wire transfer of approximately $15,000 from BOA 4553 to BOA 9783 |
| 18 | May 7, 2015 | Wire transfer of approximately $20,000 from BOA 9783 to Chevron Bank account ending in 3042 |
| 19 | May 12, 2015 | Wire transfer of approximately $125,000 from BOA 4553 to BOA 9783 |
| 20 | May 12, 2015 | Wire transfer of approximately $100,000 from BOA 9783 to Chevron Bank account ending in 5975 |
| 21 | May 13, 2015 | Wire transfer of approximately $100,000 from BOA 4553 to BOA 9783 |
| 22 | May 14, 2015 | Wire transfer of approximately $170,000 from BOA 4553 to BOA 9783 |
| 23 | May 14, 2015 | Wire transfer of approximately $100,000 from BOA 9783 to Chevron Bank account ending in 5975 |
| 24 | June 10, 2015 | Wire transfer of approximately $13,000 from BOA 4553 to BOA 9783 |
| 25 | June 11, 2015 | Wire transfer of approximately $150,000 from BOA 4553 to BOA 9783 |
| 26 | June 11, 2015 | Wire transfer of approximately $80,000 from BOA 4553 to BOA 9783 |
| 27 | June 12, 2015 | Wire transfer of approximately $15,000 from BOA 4553 to BOA 9783 |

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 28 | June 12, 2015 | Wire transfer of approximately $50,000 from BB&T 9867 to a Chevron Bank account ending in 3042 |
| 29 | June 15, 2015 | Wire transfer of approximately $25,000 from BOA 9783 to a Chevron Bank account ending in 5975 |
| 30 | June 16, 2015 | Wire transfer of approximately $35,000 from BOA 9783 to Chevron Bank account ending in 3042 |

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant has an interest.

2. Upon conviction of any violation of Title 18, United States Code, Section 1956, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offense, and any property traceable to such property.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(1), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
ARIANA ORSHAN FAJARDO
UNITED STATES ATTORNEY

_____
BROOKE WATSON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RASHEED OLAWALE OLADELE,

               Defendant.

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)  Yes ___  No ___
Number of new defendants ___
Total number of counts ___

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect _____

4. This case will take _5-7_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days    ___
   - II  6 to 10 days   ✓
   - III 11 to 20 days  ___
   - IV  21 to 60 days  ___
   - V   61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  ✓

6. Has this case previously been filed in this District Court? (Yes or No) No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?  Yes ___  No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  Yes ___  No ✓

_____
BROOKE WATSON
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5501844

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:** RASHEED OLAWALE OLADELE

**Case No:**

Count #: 1

Conspiracy to Commit Money Laundering

18 U.S.C. § 1956(h)

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 2-30

Money Laundering

18 U.S.C. § 1956(a)(1)(B)(i))

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**